**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-00003-REB-CBS

DIANE CARPENTER,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois insurance company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the parties' **Stipulation For Dismissal With Prejudice** [#75] filed June 13, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#75] filed June 13, 2008, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 13, 2008, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge**